FILED
CLERK, U.S. DISTRICT COURT

OCT 1 2012

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )   Case No.: ED12-364M
                                )
                  Plaintiff,    )   ORDER OF DETENTION
                                )   (FED. R. CRIM. P. 32.1(a)(6); 18
            v.                  )   U.S.C. § 3143(a))
                                )
Gabriel Delgado Rojas,          )
                                )
                  Defendant.    )
_____)

The defendant having been arrested in this District pursuant to a warrant
issued by the United States District Court for the _Southern_ District of
_California_ for alleged violation(s) of the terms and conditions of probation
or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal
Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A. ☒   The defendant has not met his/her burden of establishing by clear and
convincing evidence that he/she is not likely to flee if released under 18
U.S.C. § 3142(b) or (c).  This finding is based on the following:

_insufficient bail assurances, prior criminal_
_history, extensive substance abuse history,_
_nature of alleged violations._

1

1   and/ or

2   B. ☒   The defendant has not met his/her burden of establishing by clear and

3   convincing evidence that he/she is not likely to pose a danger to the

4   safety of any other person or the community if released under 18 U.S.C. §

5   3142(b) or (c).  This finding is based on the following:

6   _Same_____

7   _____

8   _____

9   _____

10

11   IT THEREFORE IS ORDERED that the defendant be detained pending the further

12   revocation proceedings.

13

14   Dated:  _10/1/12_

15   HONORABLE OSWALD PARADA
    United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28